IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| NANCY SYDNOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00041 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of Hon. Joel C. Hoppe recommending that I grant Plaintiff's Motion for Remand [ECF No. 16] and remand this case to the Commissioner for further proceedings. The R & R was filed on September 2, 2014, from which date the parties had fourteen (14) days to file objections. No objections were filed. I have reviewed the record and Judge Hoppe's R & R, and find his recommendation to be well-taken. Accordingly, the R & R shall be, and hereby is, **ADOPTED** in its entirety. It is **ORDERED** that Defendant's Motion for Summary Judgment [ECF No. 18] is **DENIED**, Plaintiff's Motion for Summary Judgment/Motion to Remand is **GRANTED IN PART AND DENIED IN PART**, the final decision of the Commissioner is **REVERSED**, and this case is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings consistent with the R & R. The Clerk is directed to **DISMISS** this case from the active docket of this Court.

The Clerk is directed to send certified copies of this Order to Judge Hoppe and all counsel of record.

Entered this 25th day of September, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE